

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-11-1FL(3)

IN RE:                              )
                                    )
                                    )    ORDER TO SEAL
ONE-COUNT INDICTMENT                )    INDICTMENT
PRESENTED ON                        )
JANUARY 20, 2016                    )

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on January 20, 2016, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 20th day of January, 2016.

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE