FILED IN OPEN COURT
ON _11/7/17_ SW
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-11-1FL
NO. 5:16-CR-11-3FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| TANGELA MONIQUE RIDGEWAY | : |
| ANTHONY CARTER | : |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of the Memorandums of Plea Agreement entered into by the defendants, Tangela Monique Ridgeway and Anthony Carter, on April 13, 2017, and the defendants' guilty pleas to an offense in violation of 18 U.S.C. § 1960, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(1), to wit:

1. Any and all funds recovered and taken into evidence by law enforcement during the kidnapping investigation in case 5:15-CR-166-BR;

2. Funds seized from Wells Fargo bank account #XXXXXXXXX3290;

3. Funds seized from Wells Fargo bank account #XXXXXXXXX8806;

4. Funds seized from BB&T bank account #XXXXXXXXX5432; and

1

5. Funds seized from BB&T bank account #XXXXXXXXX2457; and

WHEREAS, by virtue of said Memorandums of Plea Agreement and the defendants' agreements therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandums of Plea Agreement as to the defendants, Tangela Monique Ridgeway and Anthony Carter, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendants.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in

2

the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendants, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This __7__ day of __November__, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge