# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tangela Monique Ridgeway    Docket No. 5:16-CR-11-1FL

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tangela Monique Ridgeway, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 7th day of April, 2016.

The defendant appeared before Robert B. Jones, Jr., the U.S. Magistrate Judge for arraignment on the 13th day of April, 2017, and supervision was continued under existing conditions. On November 7, 2017, the defendant was sentenced to a 15-month term of custody by the Honorable Louise W. Flanagan, U.S. District Judge. The court ordered the defendant surrender for service of sentence as notified by the U.S. Marshal not sooner than March 7, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 22, 2019, Ridgeway contacted the probation officer and reported she received a self-surrender date to the Bureaus of Prisons (BOP) for March 7, 2019. However, her codefendant/husband (Anthony Carter 5:16-CR-11-3FL) is not scheduled for release from BOP until May 18, 2019. Therefore, the defendant is requesting that the self-surrender date to the BOP be modified to allow Ridgeway to report for custody after Carter is released from the BOP. This extension will allow their two children to be cared for by a parent while the other parent serves their custodial sentence. Ridgeway also reported she contacted her retained attorney regarding this issue and she does not have the financial ability to pay the fee for the attorney to submit a request to modify the self-surrender date.

The undersigned probation officer verified Ridgeway's self-surrender date is March 7, 2019, and Carter's release date from custody is May 18, 2019. Contact with Assistant U.S. Attorney Dena King revealed their office objects to an extension of the self-surrender date for Ridgeway.

Based on the above information the defendant is requesting the self-surrender date of March 7, 2019, be modified to require the defendant self-surrender on or after May 18, 2019, as directed by the U.S. Marshal.

**PRAYING THAT THE COURT WILL ORDER** the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal not sooner than May 18, 2019.

**Tangela Monique Ridgeway**
**Docket No. 5:16-CR-11-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: January 31, 2019

## ORDER OF THE COURT

Considered and ordered the  1st  day of  February , 2019, and ordered filed and made part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge