# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tangela Monique Ridgeway            Docket No. 5:16-CR-11-1FL

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tangela Monique Ridgeway, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 7th day of April, 2016. The defendant appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, for arraignment on April 13, 2017, and entered a plea of guilty to Unlicensed Money Transmitting, in violation of 18 U.S.C. § 1960(a) and was continued on pretrial supervision under the previously imposed conditions of release. On November 7, 2017, the defendant appeared before the Honorable Louise W. Flanagan, U.S. District Judge, and was sentenced to 15 months imprisonment and 3 years supervised release. The court recommended the defendant surrender for service of sentence as notified by the United States Marshal "not sooner than March 7, 2019."

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was allowed to report for her imprisonment sentence not sooner than March 7, 2019, so that the father of her children, Anthony Carter, would have completed his imprisonment term and be able to take care of their children. On February 1, 2018, the defendant's report date for service of her imprisonment sentence was extended to not sooner than May 18, 2019, because Mr. Carter's release date from the Bureau of Prisons was scheduled for May 18, 2019. The defendant is scheduled to report to the designated institution on May 18, 2019, and she is now requesting to extend her reporting date to allow time for Mr. Carter to secure employment so that he can financially support their children. It should be noted that the U.S. Attorney's Office opposes any extension of the defendant reporting for her imprisonment sentence. The U.S. Probation officer supervising the defendant in the Central District of California reports that the defendant remains in compliance with the conditions of supervision and does not object to a maximum of a 30-day extension

**PRAYING THAT THE COURT WILL ORDER** that the defendant shall surrender for service of her imprisonment sentence at the institution designated by the Bureau of Prisons on or after June 18, 2019.

,                                           I declare under penalty of perjury that the foregoing is true and correct.

                                               /s/ Robert L. Thornton
                                               Robert L. Thornton
                                               Supervising U.S. Probation Officer
                                               414 Chestnut Street, Suite 102
                                               Wilmington, NC 28401-4290
                                               Phone: 910-679-2047
                                               Executed On: May 10, 2019

## ORDER OF THE COURT

Considered and ordered the __10th__ day of _____May_____, 2019, and ordered filed and made part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge