IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-11-1FL

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| TANGELA MONIQUE RIDGEWAY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on defendant's motion for sentence modification, (DE 164). The government did not respond to the motion.

On November 7, 2017, the court sentenced defendant to 15 months' imprisonment following her conviction for unlicensed money transmitting, in violation of 18 U.S.C. § 1960(a). Defendant self-surrendered for service of her sentence on or about June 18, 2019. On October 11, 2019, defendant filed the instant motion for sentence modification. Defendant requests correction of her written judgment of conviction to reflect that the court's oral pronouncement of sentence included recommendation that the Federal Bureau of Prisons ("BOP") place defendant in a halfway house for the final nine months of her sentence.

The court has reviewed its records and finds no evidence to support defendant's contention that the court recommended halfway house placement at sentencing. Accordingly, the court denies the instant motion to the extent defendant requests modification of the written judgment. See Fed. R. Crim. P. 36 (providing the court may correct "clerical errors" in the written judgment at any time, such as where the written judgment varies from the oral pronouncement at sentencing); United States v. Spears, 432 F. App'x 242, 243-44 (4th Cir. 2011).

To the extent defendant requests that the court issue post-judgment recommendation for halfway house placement, the court declines to make such recommendation. The court did not recommend community confinement at sentencing despite consideration of all relevant pre-sentencing conduct. And the BOP is better positioned to evaluate whether defendant's post-sentencing conduct justifies placement in community confinement.

Based on the foregoing, the court DENIES defendant's motion for sentence modification, (DE 164).

SO ORDERED, this the 14th day of November, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge